IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL FILE NO. |
| v. | 1:14-CR-117-AT-GGB |
| BONNIE MONIQUE YOUN, | Magistrate Judge Gerrilyn G. Brill |
| Defendant. | |

**FINAL REPORT AND RECOMMENDATION**

Pending before the court are several motions by the Defendant to dismiss Count One of the Indictment (Docs. 17, 26, 27, 28). The government filed a response conceding that Count One of the Indictment is defective because it fails to state an offense and should be dismissed for that reason. (Doc. 31).

Accordingly I recommend that the Motion to Dismiss Count One for Failure to State an Offense (Doc. 28) be GRANTED and the remaining motions to dismiss Count One (Docs. 17, 26, and 27) be DENIED AS MOOT.

There are no pending matters before me. The government states that it intends to file a superseding indictment. If and when this is done, the case may be de-certified and referred back to me for a pre-trial conference on the superseding indictment. In the

meantime, it is **ORDERED AND ADJUDGED** that this action be declared **READY FOR TRIAL**.

    **SO RECOMMENDED** this 3rd day of September, 2014.

                                                                         _/s/ Gerrilyn G. Brill_
                                                                       GERRILYN G. BRILL
                                                                       UNITED STATES MAGISTRATE JUDGE