IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,      :

    Plaintiff,            :

    v.                     :

BONNIE MONIQUE YOUN,      :

    Defendant.           :

CRIMINAL ACTION NO.
1:14-cr-0117-AT

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation as to Defendant Bonnie Monique Youn's motions to dismiss Count One of the indictment [Doc. 32]. In its consolidated response to Defendant Youn's motions, the Government "concedes that Count One is fatally flawed for its failure to allege the false statement(s) that the Government contends defendant made in violation of the statute" [Doc. 31 at 1]. The Government further concedes that Count One of the indictment should be dismissed and Defendant's motion should be granted [*Id.* at 1-2]. The Magistrate Judge recommends granting Defendant's most recent motion to dismiss and denying as moot her earlier motions.

The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **GRANTS** Defendant Youn's latest motion to dismiss Count One [Doc. 28] and **DENIES AS MOOT** Defendant's earlier-filed motions to dismiss Count One [Doc. 17, 26, & 27].

In the Report and Recommendation, the Magistrate Judge indicates that the Government has stated it intends to file a superseding indictment [Doc. 32 at 1]. To date, however, no superseding indictment has been filed, and this case has been certified ready for trial. Accordingly, trial is hereby set to begin at 9:30 AM on Monday, November 10, 2014, in Courtroom 2308. The pretrial conference shall be held on Friday, October 24 at 11:30 AM in Courtroom 2308. By 8:00 AM on October 15, 2014, the parties are to file the following: motions in limine and voir dire questions. By 8:00 AM on October 15, 2014, the Government must file a brief summary of the indictment that the parties can rely on for voir dire. By 8:00 AM on October 22, 2014, the parties are to file any objections to those items listed above.

It is so **ORDERED** this 30th day of September, 2014.

Amy Totenberg
United States District Judge