# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO.** |
| v. | **1:14-CR-117-AT-GGB** |
| **BONNIE MONIQUE YOUN,** | |

## ORDER

Before the undersigned is Defendant Youn's Consent Motion to Extend Time to File Pretrial Motions and for Continuance of Pretrial Conference [Doc. 54].

The defense requests three (3) weeks from the Governments' supplemental production of discovery in which to file any pretrial motions. The Court has no way of knowing when that supplemental production will be. Accordingly, the parties are ordered to file a status update regarding discovery within three weeks of the date of this order. After receiving that update, the Court will set a new date for the pre-trial conference and a new deadline for filing pre-trial motions.

For Speedy Trial purposes, the consent motion (Doc. 54) will remain pending and time will be excluded pursuant to 18 U.S.C. §3161(h)(1)(D).

SO ORDERED this 27th day of March, 2015.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)