IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | **Criminal Action No.** |
| v. | ) | **1:14-CR-0117-AT-GGB** |
| | ) | |
| **BONNIE MONIQUE YOUN,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW DOCKET ENTRY 60

COMES NOW, defendant Bonnie Monique Youn, by and through counsel, and hereby withdraws the motion docketed as Docket Entry 60. Ths document was filed by mistake. The relief requested also is requested in Doc. 61.

Respectfully submitted on this the 18th day of May, 2015.

THE RICE LAW FIRM, LLC

*/s/ Richard A. Rice, Jr.*

RICHARD A. RICE, JR.
GA Bar No. 603203
richard.rice@trlfirm.com

10 Piedmont Center, Suite 110
3495 Piedmont Rd NE
Atlanta, GA 30305
404.835.0783
404.481.3057 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, which was prepared using Times New Roman 14 point font, was served electronically by operation of the Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 18th day of May, 2015.

                                                 */s/ Richard A. Rice, Jr.*
                                                 Richard A. Rice, Jr.